TMS
PCM: USAO2026R00616

FILED ENTERED
LODGED RECEIVED
AUG 25 2026
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

Your Affiant, Lisa Koerber, being duly sworn, deposes and states the following:

## Introduction and Agent Background

1. Your Affiant is an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. §2510(7), who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. §2516. I have been employed as a Special Agent with the United States Secret Service ("USSS") for approximately 21 years. In the performance of my duties as a Special Agent with the Secret Service, I have led, conducted, and participated in the protection of the President of the United States, and conducted investigations pertaining to violation of federal laws involving threats to government officials, financial institution fraud, identity theft, and protective intelligence cases.

2. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a complaint and arrest warrant, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause. The information contained in this Affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. All conversations and statements described in this Affidavit are related in substance and in part unless otherwise indicated.

3. Your Affiant respectfully submits that, based on the facts set forth herein, there is probable cause to believe that on July 14, 2026 and August 5 through 9, 2026, **DONALD FRANKLIN SWOPE ("SWOPE")** committed violations of 18 U.S.C. §871 (Threats Against

the President of the United States), 18 U.S.C. §875(c) (Interstate Communication Containing a Threat to Harm), and 18 U.S.C. §115 (Influencing, Impeding, or Retaliating Against a Federal Official by Threatening or Injuring a Family Member).

**Probable Cause**

4. On July 23, 2026, a Senior Special Agent ("SSA") with USSS/Harrisburg (PA) Resident Agency, was notified by an FBI Special Agentof the following incident:

a. On July 22, 2026, the FBI received a phone call from P.R., an employee at WEEO talk radio in Chambersburg, PA, regarding a threatening Facebook post that the station was tagged in. P.R. provided the FBI with a screenshot of the Facebook post, which P.R. captured as a screenshot on July 15, 2026. The original screenshot was not date or time stamped.

b. Facebook user "Donnie Swope" stated, "I will behead you Donald J. Trump and no longer will MY people bare your mark!!..." The post tagged more than twenty people and organizations, including the Department of Homeland Security, the Department of War, the Federal Bureau of Investigation, Donald J. Trump, and President Donald J. Trump:

PCM: USAO2026R00616




5. On July 29, 2026, the USSS/Harrisburg (PA) Resident Agency notified the USSS/Protective Intelligence and Assessment Division ("USSS/PID") of the incident.

6. Continuing July 29, 2026, a Protective Intelligence Research Specialist ("PIRS"), USSS/PID/Open-Source Branch ("USSS/PID/OSB"), provided the USSS/PID/Protective

Intelligence Operations Center ("USSS/PID/PIOC") with open-source search results regarding Facebook user "Donnie Swope" / @donnie.swope.39. Additional posts were discovered on the Facebook account, dating from May 12, 2026 to July 27, 2026.

a. Further review of the account located the following identifying information: full name of Donald Franklin **SWOPE**, multiple photo identifiers, date of birth, and a location of Clear Spring, MD.

b. Public records and open-source searches using the above identifiers yielded additional social media accounts used by **SWOPE** (LinkedIn and CashApp). A search of a third-party commercial database, using "Donnie Swope" and Clear Spring, MD, yielded one match: Donald Franklin **SWOPE**, 10706 Honeyfield Rd, Williamsport, MD 21795, with same date of birth as found in subparagraph 6(a).

7. On July 30, 2026, the USSS/PID notified the USSS/Baltimore Field Office ("USSS/BAL") of the incident and requested a preliminary investigation of Facebook user Donald **SWOPE**.

8. On August 5, 2026, your Affiant and another Special Agent (Special Agent 1) attempted to locate and interview **SWOPE** at 10706 Honeyfield Rd, Williamsport, MD 21795, which was the address listed in the third-party commercial database and is the address on **SWOPE's** Maryland Driver's License. It was determined **SWOPE** no longer resides at that address.

9. Later that day, Special Agent 1 and your Affiant attempted to locate and interview **SWOPE** at another address listed in the third-party commercial database, 435 E Oak Ridge Drive, Hagerstown, MD 21740. **SWOPE** was not at this address either; however, his mother was home and agreed to be interviewed regarding her son.

a. The mother advised **SWOPE** does not reside at 435 E Oak Ridge Drive, which is her residence, and **SWOPE** no longer resides at 10706 Honeyfield Road due to foreclosure. She advised **SWOPE** lives "on a mountain" in Clear Spring, MD, and stated she has never been out to the address and did not know the full address or exact location.

b. When shown the comment(s) that brought **SWOPE** to USSS attention, she was not surprised that he had "said too much" and/or "overstepped" in his comments but was surprised by the potential violent language. She advised **SWOPE** has become very religious over the past 10-15 years ("he went very religious") and will "preach" and quote the Bible often, especially online, and will often try to preach to her. The mother advised she is not Facebook friends with **SWOPE**, so she does not see his postings ("he always just posting pictures of clouds - thinks he sees figures/things in the clouds"). She advised **SWOPE** believes God is his father and he needs to fix the corruption in the world.

c. The mother advised **SWOPE** began acting peculiarly 10-12 years ago and, while she advised he has never displayed mental health issues, stated, "He probably needs help now though." She denied **SWOPE** had a history of violence and conveyed her belief that he was not a threat.

d. The mother declined to provide **SWOPE**'s current contact information; however, she agreed to provide your Affiant's contact information to **SWOPE.**

10. After attempts to locate and interview **SWOPE** on August 5, 2026, **SWOPE** began posting multiple statements on Facebook directly related to the interview attempt, reiterated his threats against the President and made veiled threats against the USSS:

PCM: USAO2026R00616

a. August 5, 2026, at approximately 2:45 p.m.:



Donnie Swope is in Clear Spring.
7h

Mount Zion

Hey United States Secret Service i understand you are looking for me?? I'm on my mountain !! What can i do for you?? You know where I AM AT!!

Donald J. TrumpThe Prime Minister of IsraelCentral Intelligence Agency (CIA)U.S. Department of State Vatican NewsThe United States Department of JusticeU.S. Department of WarThe Heritage FoundationDepartment of Homeland SecurityFBI – Federal Bureau of InvestigationThe MossadThe White HousePresident Donald J. TrumpU.S. NavyClear Spring Historical AssociationUS Navy Veteran ⚓⚓U.S. Central CommandJD VanceNEWSMAXNewsweekBBC News AfricaWTKR News 3Speak Up Community NewsFox NewsTri-State News CenterNews Talk 103.7 FMBreakThrough NewsWBAL NewsRadio 1090 and FM 101.5Local 21 CBS News, WHP HarrisburgTV7 Israel NewsWGAL News Channel 8 Susquehanna Valley, Pa.News24.comGaza NewsBRICS NewsBritish News United States of America Judicial system United States Naval Academy U.S. Marine Corps USA TODAY

b. August 5, 2026, at approximately 3:19 p.m.:

PCM: USAO2026R00616

Donnie Swope
6h · 

Mount Zion

"16-22"

Listen to me very closely United States Secret Service I will consider it an abomination!! You have been warned and I AM WAITING!!

MAKE MY DAY

Central Intelligence Agency (CIA) Donald J. Trump President Donald J. Trump The Heritage Foundation The MossadThe United States Department of Justice The White House U.S. Department of State Vatican NewsTV7 Israel NewsU.S. NavyU.S. Department of WarWGAL News Channel 8 Susquehanna Valley, Pa.News24.comDepartment of Homeland SecurityClear Spring Historical AssociationNEWSMAXFBI – Federal Bureau of InvestigationUnited States Naval AcademyU.S. Central CommandJD VanceUS Navy Veteran ⚓⚓BBC News AfricaWTKR News 3Speak Up Community NewsFox NewsNewsweekTri-State News CenterNews Talk 103.7 FMBreakThrough NewsWBAL NewsRadio 1090 and FM 101.5Gaza NewsBRICS NewsBritish News FBI Community Outreach

c. August 5, 2026, unknown time, comment underneath above post:

Donnie Swope
6h · 

biblehub.com

Donnie Swope · 6h Author

Come get some United States Secret Service!! Central Intelligence Agency (CIA) The Heritage FoundationPresident Donald J. Trump Donald J. Trump FBI – Federal Bureau of Investigation Vatican NewsTV7 Israel NewsU.S. NavyThe United States Department of Justice

d. August 5, 2026, at approximately 5:03 p.m:

Donnie Swope is in Clear Spring.
5h

Mount Zion

United States Secret Service you don't have to go to my mothers and ask if I AM a threat!?!? I will tell YOU this, I AM the biggest threat this WORLD 🌎 has ever seen in history if Donald J. Trump President Donald J. Trump Central Intelligence Agency (CIA) The Heritage Foundation The United States Department of Justice Vatican NewsTV7 Israel News Benjamin Netanyahu - בנימין נתניהו continue in their disobedience!! Under me NOW!!

e. August 5, 2026, unknown time, comment underneath the post in subparagraph (d), threatening to destroy "everyone of you" (referring to the United Secret Service, the President, the Central Intelligence Agency, the Department of Justice, and others) :

Donnie Swope 5h Author
I will destroy everyone of you in less than 60 minutes!!

Now I suggest YOU COMPLY WITH MY WILL!! 😡😡😡

f. August 5, 2026, approximately 5:20 p.m.:

PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
4h

Mount Zion

Try me United States Secret Service Donald J. Trump The Heritage Foundation Central Intelligence Agency (CIA) Benjamin Netanyahu - בנימין נתניהו




youtube.com
JUDGMENT DAY | The Great White Throne of God (4K Cinematic Bible Experience)

Most relevant

Donnie Swope · 4h · Author
Test me your ignorance is not acceptable!!

g. August 5, 2026, approximately 5:59 p.m.:

Donnie Swope is in Clear Spring.
4h

Mount Zion

Again, another day United States Secret Service i think I HAVE made my point!! You still have questions, you come ask me on my mountain !!! Should you choose to obey Donald J. Trump , I will spare many!!

Sleep zZ tight!! Don't let the bed bugs bite!! Hopefully you will wake up In The morning!!

h. August 5, 2026, unknown time, comments underneath above post:

PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
4h ·

Donnie Swope · 4h · Author
Choose wisely United States Secret Service

Donnie Swope is in Clear Spring.
4h ·
things for you to consider!!

Donnie Swope · 4h · Author
That is what you want to know right United States Secret Service, understand what it is you are dealing with?? I suggest you take my recommendation!!



Donnie Swope · 3h · Author
If the question is AM I a threat, the answer is YES, the biggest one this world has ever seen!! I suggest you do your research United States Secret Service Central Intelligence Agency (CIA)

i. August 5, 2026, approximately 6:19 p.m.:

Donnie Swope is in Clear Spring.
5h ·

Mount Zion

You better do your research and investigate for your own sake and those who love you United States Secret Service Central Intelligence Agency (CIA)

j. August 5, 2026, unknown time, comment underneath above post:

Donnie Swope is in Clear Spring.
4h ·

Donnie Swope · 4h · Author
http://biblehub.com/hebrew/620.htm

biblehub.com
Strong's Hebrew: 620. אָסְנַפַּר (Asenappar) -- Asenappar

Donnie Swope · 4h · Author
There is NOTHING in this world United States Secret Service that you can do to save Donald J. Trump President Donald J. Trump from MY DIVINE WRATH!! I will even cause the rocks to fall on his head!!

k. August 5, 2026, approximately 6:36 p.m. EDT:

Donnie Swope is in Clear Spring.
4h ·

Mount Zion

You do know United States Secret Service Donald J. Trump I AM making a joke of YOU right NOW!! You should have NEVER went to MY MOTHERS HOUSE!!! you know DAM well what has been going on, and I WILL NOT be INTIMIDATED by ANYONE!! Understand that!! The Heritage Foundation The White House President Donald J. Trump Central Intelligence Agency (CIA)Benjamin Netanyahu – בנימין נתניהו

l. August 5, 2026, approximately 6:52 p.m.:

PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
3h · 🌐

Mount Zion

I have been waiting Patiently for this moment for a long time Donald J. Trump United States Secret Service Central Intelligence Agency (CIA) President Donald J. Trump Benjamin Netanyahu - בנימין נתניהו Joe Biden Vatican News JD Vance The Heritage Foundation The White House Washington County Sheriff's Office The United States Department of JusticeDepartment of Homeland SecurityFBI – Federal Bureau of InvestigationMaryland State Police HagerstownUnited States Marshals ServiceHagerstown Police Department Community Connection TV7 Israel NewsU.S. NavyUS Navy Veteran ⚓⚓

m. August 5, 2026, approximately 7:09 p.m.:

Donnie Swope

All Reels Photos

[redacted]

👍1 ➦1

Donnie Swope is in Clear Spring.
3h · 🌐

Mount Zion

Don't ANYONE of YOU forget who I AM!!! Period!! Donald J. Trump President Donald J. Trump The Prime Minister of Israel The United States Department of Justice United States Secret Service Speaker Mike Johnson!!

Mathew 10:28/Isaiah 28:21/John 10:28

You haven't seen Nothing yet!!

Heed my warnings and do MY WILL!! NOW!!

n. August 5, 2026, approximately 7:35 p.m.:

PCM: USAO2026R00616

**Donnie Swope is in Clear Spring.**
3h ·

Mount Zion

It is MY VENGEANCE United States Secret Service I AM going to show every family member, my son, my daughter, my grandkids, my employees, my neighbors, and the entire world 🌎 just who I AM!! I have been waiting so patiently for these very day Donald J. Trump The Prime Minister of Israel The United States Department of Justice Speaker Mike Johnson President Donald J. TrumpBenjamin Netanyahu - בנימין נתניהוCentral Intelligence Agency (CIA)The Heritage Foundation

o. August 5, 2026, approximately 7:51 p.m.:

**Donnie Swope is in Clear Spring.**
2h ·

Mount Zion

You came to my mothers house with the excuse of my post about "Beheading" Donald J. Trump United States Secret Service.... I AM a jealous husband, so your darn right, that exactly what I AM going to do!! Do you hear 👂 me?? Speaker Mike JohnsonThe Prime Minister of IsraelBenjamin Netanyahu - בנימין נתניהוCentral Intelligence Agency (CIA)The United States Department of JusticeThe Heritage FoundationPresident Donald J. TrumpWashington County Sheriff's OfficeVatican NewsTV7 Israel NewsU.S. NavyDepartment of Homeland SecurityFBI - Federal Bureau of InvestigationMaryland State Police HagerstownJD VanceJoe BidenUnited States Marshals ServiceUS Navy Veteran ⚓⚓

p. August 5, 2026, unknown time, comments underneath above post:

PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
2h ·

Donnie Swope · 2h · Author
I AM that throne United States Secret Service and don't ever forget Donald J. Trump



Donnie Swope 2h Author
Do NOT EVER come to my Mother's house againUnited States Secret Service I will destroy every single one of you if you do!! Do you hear me!! point made clear!!

Donnie Swope is in Clear Spring.
2h ·



Donnie Swope · 1h · Author
I AM going to make a mockery of youUnited States Secret Service Donald J. Trump or you ARE going to learn the hard way and the dead will bury the dead!! Chose wisely,

q. August 5, 2026, approximately 8:57 p.m.:

PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
1h ·

Mount Zion

You better think twice and bring everything you got United States Secret Service Donald J. Trump The Prime Minister of Israel The Heritage FoundationThe United States Department of JusticeThe White House

I AM done playing your games!!

r. August 5, 2026, approximately 9:09 p.m.:

Donnie Swope is in Clear Spring.
1h ·

Mount Zion

Use your brains and ask why do I still stand Michael Swope James Magaha , Mother....United States Secret Service and Donald J. Trump are going to learn the hard way!! All you have to do is watch!! Checkmate

s. August 5, 2026, unknown time, comment underneath above post:

Donnie Swope is in Clear Spring.
1h ·

Donnie Swope · 1h · Author
https://www.biblegateway.com/passage/?search=Psalm%2099&version=NIV

Bible Gateway
Bible Gateway passage: Psalm 99 - New International Version
biblegateway.com

Donnie Swope 1h · Author
So many cowards, I AM going to sleep well tonight!! Be careful United States Secret Service I may not allow any of you to wake up tomorrow!! If I do, consider it MY GRACE Donald J. Trump

PCM: USAO2026R00616

11. While reviewing **SWOPE's** public Facebook account, your Affiant was able to locate **SWOPE**'s original Facebook post regarding "beheading" President Trump, which was posted on July 14, 2026, approximately 9:30 p.m.

Donnie Swope · 3w · Author
I will behead you Donald J. Trump and no longer will MY people bare your mark!! President Donald J. Trump Archived President Donald J. Trump do you her what I AM saying Department of Homeland Security Secretary of War Pete Hegseth Vatican News Central Intelligence Agency (CIA) The Heritage FoundationSpeaker Mike JohnsonFBI – Federal Bureau of InvestigationUS DEPARTMENT OF WARThe White HouseThe MossadU.S. Department of WarWGAL News Channel 8 Susquehanna Valley, Pa.The United States Department of JusticeU.S. MarshalsNBC10 PhiladelphiaNEWSMAXU.S. Immigration and Customs EnforcementDaily News mediaFBI - New OrleansUS ImmigrationUnited States Marshals Service@ you have met a jealous Husband!! WTKR News 3ABC World News Tonight with David MuirSpeak Up Community NewsABC NewsFox NewsCBS NewsNBC NewsBreaking NewsNewsweekThe National NewspaperTri-State News CenterNews Talk 103.7 FMBreakThrough NewsWBAL NewsRadio 1090 and FM 101.57News DCTV7 Israel NewsKALB News Channel 5DC News NowGaza News

12. From August 6, 2026 – August 8, 2026, **SWOPE** continued to post concerning comments on Facebook.

a. August 6, 2026, approximately 4:49 a.m.:




b. August 6, 2026, approximately 8:38 p.m.:

PCM: USAO2026R00616

> Donnie Swope · 4d · Author
> It's time ALL of YOU realize that I AM aware !! It is time for YOU to Realize, when opportunity is present before YOU!! It's time for YOU to realize, I will destroy all of you before I allow YOU to carry out YOUR plans!!
>
> Central Intelligence Agency (CIA) Donald J. Trump The Heritage Foundation United States Secret ServiceBenjamin Netanyahu - בנימין נתניהוVatican NewsTV7 Israel NewsWBAL NewsRadio 1090 and FM 101.5U.S. NavyThe United States Department of JusticeWGAL News Channel 8 Susquehanna Valley, Pa.News24.comDepartment of Homeland SecurityNEWSMAXFBI – Federal Bureau of InvestigationMaryland State Police HagerstownJD VanceJoe BidenUnited States Marshals ServiceUS Navy Veteran ⚓⚓NewsweekTri-State News CenterBBC News AfricaWTKR News 3The White House News Talk 103.7 FMThe New York TimesBreakThrough News British News BRICS NewsGaza News

c. August 6, 2026, approximately 10:29 p.m.:

> Donnie Swope · 4d · Author
> And to YOU United States Secret Service, YOU don't want any of this!! I suggest YOU STAND DOWN!! I will slay him with the breath of my mouth 👄 and the tongue 👅 holds the key 🔑 to life and death!!
>
> Mathew 10:28/Isaiah 28:21 10/28/21 I AM HE who controls all things!!

d. August 7, 2026, approximately 5:16 a.m.:

> Donnie Swope is in Clear Spring.
> 4 days ago · 🌐
>
> Mount Zion
>
> Send them ALL Father!! These Leaders have absolutely NO Respect for YOUR desires or WILL!! Do It for the sake of the Saints Father!! Bring them to their END!! As I AM in YOU and YOU are in ME , Let us conclude!!!
>
> The Heritage Foundation The White House Speaker Mike JohnsonDonald J. TrumpUnited States Secret ServiceWGAL News Channel 8 Susquehanna Valley, Pa.News24.comDepartment of Homeland SecurityThe City of College Park, MDNEWSMAXFBI – Federal Bureau of InvestigationKABB FOX 29 News, San AntonioThe City of FrederickJD VanceJoe BidenUnited States Marshals ServiceUS Navy Veteran ⚓⚓The City of Martinsburg Housing Authority Residents & Community PartnersMaryland State Police HagerstownThe City of Hagerstown - MunicipalWTKR News 3WBAL NewsRadio 1090 and FM 101.5News Talk 103.7 FMTri-State News CenterVatican NewsTV7 Israel NewsThe New York TimesNBC NewsNewsweekCBS NewsNew York PostBreakThrough News
>
> http://biblehub.com/hebrew/8071.htm
>
> http://biblehub.com/hebrew/871.htm
>
> http://biblehub.com/greek/871.htm

e. August 7, 2026, approximately 12:33 p.m.:

PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
3 days ago · 🌐

Mount Zion

You Leaders of the World 🌏, you have tested ME for the LAST TIME!! I have watched, Waited, Warned ALL of YOU!! My ARMS have been opened to YOU, I AM ready to the DOOR 🚪 to YOU LEADERS, and then I will replace you and the NEW REPLACEMENTS will bring their glory into my Kingdom!! Do YOU understand YET??

Locals-Make sure YOU stay out of it, this is MY FIGHT, MY VENGEANCE!!

Arm-Aged-Don!

f. August 7, 2026, approximately 1:26 p.m.:

Donnie Swope is in Clear Spring.
3 days ago · 🌐

Mount Zion

How close are you watching?? Do you understand the "Heart" of the "NEW EARTH 🌍" yet?? H-eart.....eart-H??

United States Secret Service YOU should work a little closer with Central Intelligence Agency (CIA)!! NOW BACK OFF before YOU encounter something YOU WISH YOU wouldn't Have!! AM I CLEAR?? 😡😡😡

https://www.facebook.com/share/p/18zeiesoep/?mibextid=wwXIfr

g. August 7, 2026, approximately 1:39 p.m.:

Donnie Swope is in Clear Spring.
3 days ago · 🌐

Mount Zion

YOU WILL retreat United States Secret Service Central Intelligence Agency (CIA) Donald J. Trump and YOU will bow!! 🙇 before ME and MY SERVANT!! Just as I AM living and breathing 🗣️!!😡

h. August 7, 2026, approximately 5:08 p.m.:

Donnie Swope is in Clear Spring.
3 days ago · 🌐

Mount Zion

You woke the Lion 🦁!! How dare you United States Secret Service Vatican NewsPOPE LEO XIVDonald J. TrumpCentral Intelligence Agency (CIA)The White HouseBenjamin Netanyahu - בנימין נתניהוThe Heritage Foundation

i. August 7, 2026, approximately 5:18 p.m.:

Donnie Swope is in Clear Spring.
3 days ago ·

Mount Zion

FBI – Federal Bureau of Investigation

You have 48 hours to exonerate "Sonny"!! I AM watching!! I will destroy you all if you do not!! Do you hear me??
I will grant YOU an extension Donald J. Trump United States Secret Service The White HousePresident Donald J. TrumpCentral Intelligence Agency (CIA)The Heritage Foundation!!

To exonerate means to officially clear someone from blame, guilt, or responsibility for a crime or mistake

j. August 7, 2026, approximately 9:50 p.m.:

Donnie Swope is in Clear Spring.
3 days ago ·

riday, August 7, 2026 at 9:50 PM

As the Hills surrounds Jerusalem!! locals- keep cleaning it up, I WILL handle the rest!! Make sure you do it justly, upright, righteously and INCORRUPTIBLE!!

Do not worry about Donald J. Trump Central Intelligence Agency (CIA) United States Secret Service THEY are MY FOOTSTOOL!! Every WORD I Speak , President Donald J. Trump is being "Beheaded"!!! I WILL NOT tolerate his disobedience any longer!! The White House AM I Clear enough for you "Lisa"?? do t you ever go to my mothers house AGAIN!!

k. August 8, 2026, approximately 1:11 p.m.:

Donnie Swope is in Clear Spring.
2 days ago ·

Mount Zion

United States Secret Service Central Intelligence Agency (CIA)The Heritage FoundationDonald J. TrumpThe White HousePresident Donald J. TrumpVatican News

I suggest YOU be careful with even your thoughts about ME!!

l. August 8, 2026, approximately 3:41 p.m.:

Donnie Swope is in Clear Spring.
2 days ago ·

Mount Zion

NOW are YOU all starting to believe me??? 10,000 is ALOT to fall at my side!! It doesn't have to be that way Donald J. TrumpCentral Intelligence Agency (CIA)The Heritage FoundationUnited States Secret ServiceVatican NewsThe White House

To my "Locals" make sure you stay out of it, you have witnessed enough in these last 6 years.... Make no mistake about, I will be the last one standing!! No longer will I allow myself to be HIDDEN!!

m. August 9, 2026, approximately 7:57 p.m.:

PCM: USAO2026R00616

> Donnie Swope is in Clear Spring.
> a day ago ·
>
> Mount Zion
>
> Choose wisely United States Secret Service Central Intelligence Agency (CIA) I've made the final connection!!
>
> https://www.facebook.com/share/p/1FkcomNaSV/?mibextid=wwXIfr See less

n. August 9, 2026, approximately 8:20 p.m.:

> Donnie Swope is in Clear Spring.
> a day ago ·
>
> Mount Zion
>
> You will die like "mere Man" United States Secret Service "test" ME NO MORE!! Donald J. Trump I will NOT render MY GLORY to any other !!! Do you understand me The Heritage Foundation The White House The Prime Minister of IsraelBenjamin Netanyahu - בנימין נתניהוCentral Intelligence Agency (CIA)Vatican NewsPresident Donald J. Trump!! See less

o. August 9, 2026, approximately 9:17 p.m.:

> Donnie Swope is in Clear Spring.
> a day ago ·
>
> Mount Zion
>
> YOUR Only option is to come bearing a white Flag 🏳 United States Secret Service Speaker Mike JohnsonDonald J. TrumpThe Prime Minister of IsraelBenjamin Netanyahu - בנימין נתניהוCentral Intelligence Agency (CIA)Vatican NewsThe Heritage FoundationThe White House do I make myself clear?? 😏 See less

p. August 9, 2026, approximately 10:11 p.m.:

> Donnie Swope is in Clear Spring.
> a day ago ·
>
> Mount Zion
>
> Who can you even trust NOW Donald J. Trump?? Run 🏃!!
>
> United States Secret Service FBI – Federal Bureau of Investigation Speaker Mike JohnsonThe Heritage FoundationThe White House
>
> You turned those closest to me against me....what do you think 😏 I AM doing NOW President Donald J. Trump?? Run 🏃 !! See less

q. August 9, 2026, unknown time, posted after above comment:

Donnie Swope is in Clear Spring.
a day ago ·

Mount Zion

Look 👀 over your shoulder constantly Donald J. Trump I AM going to turn them ALL against YOU, just as YOU did to me!! 😴 sleep 😴 good President Donald J. Trump!!

The White HouseSpeaker Mike JohnsonFBI – Federal Bureau of InvestigationUnited States Secret ServiceThe Heritage FoundationNews24.comNews 4 San AntonioThe City of Hagerstown - MunicipalNEWSMAXKABB FOX 29 News, San AntonioMaryland State Police HagerstownThe City of FrederickJD VanceJoe BidenUnited States Marshals ServiceUS Navy Veteran ⚓⚓POPE LEO XIVThe City of Martinsburg Housing Authority Residents & Community PartnersPete HegsethWaynesboro Police Department U.S. Department of StateU.S. Department of War Department of Homeland SecurityThe United States Department of JusticeHagerstown Police Department Maryland Department of Public Safety and Correctional Services Baltimore Police Department The White House and President's Park WTKR News 3 BreakThrough News NewsweekTri-State News CenterNews Talk 103.7 FMWBAL NewsRadio 1090 and FM 101.5Vatican NewsTV7 Israel NewsWGAL News Channel 8 Susquehanna Valley, Pa.NBC NewsBRICS NewsThe New York TimesCBS NewsBritish News BBC News AfricaNew York PostGaza News See less

1:26-mj-02309-DRM

r. August 9, 2026, unknown times (time stamps not viewable):

< Donnie Swope is in Clear Spring. ...
51m

Mount Zion

Are you scared yetDonald J. Trump?? Is it not the United States Secret Service that is the closest to YOU?? If you're NOT you should be!! I AM who I AM!! Central Intelligence Agency (CIA)Speaker Mike JohnsonThe Prime Minister of IsraelBenjamin Netanyahu - בנימין נתניהוVatican NewsThe Heritage FoundationThe White HousePresident Donald J. Trump

Maryland State Police HagerstownThe City of FrederickJD VanceJoe BidenUnited States Marshals ServiceUS Navy Veteran ⚓⚓The City of Martinsburg Housing Authority Residents & Community PartnersPOPE LEOBBC News AfricaWTKR News 3Speak Up Community NewsCBS NewsNBC NewsNewsweekTri-State News CenterNews Talk 103.7 FMBreakThrough NewsWBAL NewsRadio 1090 and FM 101.5TV7 Israel NewsWGAL News Channel 8 Susquehanna Valley, Pa.Washington County Government - MarylandWashington County Sheriff's Office, Maryland Hagerstown Police Department The City of Hagerstown - MunicipalNews24.com New York Post BRICS NewsBritish News KABB FOX 29 News, San AntonioNEWSMAXNews 4 San AntonioGaza News

Do you know what Lisa means in Hebrew??

PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
1h •

Donnie Swope • 1h • Author
Don't be to sluggish, I may cut your time short United States Secret Service

http://biblehub.com/greek/917.htm

biblehub.com
**Strong's Greek: 917. βαρέως (bareōs) -- Heavily, with difficulty,...**

Donnie Swope • 1h • Author
I told you United States Secret Service, I AM the BIGGEST threat this world 🌍 has witnessed from the beginning of time!!



Donnie Swope is in Clear Spring.
1h •

Bible Gateway passage: Psalm 91 - New International Version
biblegateway.com

Donnie Swope • 1h • Author
I AM going to bring them ALL to YOU Father!! 💜



PCM: USAO2026R00616

Donnie Swope is in Clear Spring.
1h ·

Mount Zion

The KING is On THE THRONE Donald J. Trump Speaker Mike JohnsonThe Prime Minister of IsraelBenjamin Netanyahu - בנימין נתניהוCentral Intelligence Agency (CIA)Vatican NewsThe Heritage FoundationUnited States Secret ServiceThe White House




youtube.com
**The Lord Surrounds You With Fire | Christian Battle Cry | Christian Rock**

Most relevant

Donnie Swope · 1h · Author ·
Soon the wicked will be searched for and you will find them no more!!

PCM: USAO2026R00616


Donnie Swope is in Clear Spring.
18m ·

youtube.com
HEAVEN HAS A DIRT ROAD

Most relevant

Donnie Swope · 18m · Author
http://biblehub.com/hebrew/1029.htm

Strong's Hebrew: 1029. בית
(Beth Hashshittah) -- Beth Ha...
biblehub.com

Donnie Swope · 17m · Author
How fitting Donald J. Trump, you should have never been born!!

13. In addition to the above posts and comments, **SWOPE** has posted numerous photos, including of himself, which resemble the photo on **SWOPE**'s Maryland Driver's License. Additionally, **SWOPE** posted a photo of a real estate parcel number, 04-009932. Per the Maryland Department of Assessment and Taxation Real Property Data Search, account number and/or parcel number 04-009932 is owned by Donald Franklin **SWOPE**, mailing address 10706 Honeyfield Rd, Williamsport, MD 21795. The address of the premises is Blairs Valley Rd, Clear Spring, MD 21722 (no fixed numerical address) as depicted below:

PCM: USAO2026R00616


Donnie Swope is in Clear Spring.

Mount Zion

If the "Super Power" of this world 🌎 is to afraid to come against the "Mountain" that I have created, whom Holds the "Banner High", the "Rock" that I have carved out, one NOT created with human hands, then who do YOU say I AM?? Who do you say MY SERVANT is??? MY First Born??

Now do you believe MY SERVANT about 2020??

Central Intelligence Agency (CIA)Vatican NewsThe Heritage FoundationUnited States Secret ServiceThe White HouseDonald J. TrumpPresident Donald J. Trump


14. The **TARGET ACCOUNT** and data associated with Facebook User Account "Donnie Swope" / @donnie.swope.39 was transmitted via wire or electronic communication across state lines, utilizing servers, routers, and network infrastructure maintained by Meta Platforms, Inc., located outside the State of Maryland, thereby affecting and utilizing interstate wire and digital communication facilities.

## Conclusion

15. Based on the foregoing, probable cause exists that **SWOPE** violated 18 U.S.C. § 871, 18 U.S.C. §875(c), and 18 U.S.C. §115. Accordingly, your Affiant requests that the Court authorize a complaint and arrest warrant for **SWOPE.**

Lisa Koerber

Lisa Koerber
Senior Special Agent
United States Secret Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this 25th day of August, 2026.

HONORABLE DOUGLAS R. MILLER
UNITED STATES MAGISTRATE JUDGE