**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **Case NO. 8:26-mj-02309-DRM** |
| | ) | |
| **DONALD FRANKLIN SWOPE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| **--------------------------------** | ) | |

**<u>GOVERNMENT'S MOTION TO STAY RELEASE ORDER AND REQUEST FOR EXPEDITED APPEAL OF RELEASE ORDER</u>**

Pursuant to Title 18, United States Code, Section 3145(a), the United States hereby asks the United States District Court to review, and revoke, the decision of the United States Magistrate Judge on August 28, 2026, to release the Defendant **DONALD FRANKLIN SWOPES** on conditions, and enter a stay pending review. The Magistrate Judge denied the stay pending appeal. The Defendant should be detained because:

1. He is charged with a violation of Title 18, United States Code, Sections 871, 875(c), and 115, and evidence exists that Defendant is a danger to the community, which the district court must review de novo with the authority of 18 U.S.C. § 3145.[1]

2. No conditions exist that will reasonably ensure safety to the community as supported by the allegations in the Complaint.

3. A stay is necessary in order for the safety of the community otherwise the Defendant will be released today.

---

[1] *See U.S. v. Salerno*, 481 U.S. 739 (1987) (holding that the Bail Reform Act's appropriation of authority to review, stay, and revoke a magistrate's release order is constitutional); *See also U.S. v. Brigham*, 569 F.3d 220, 229 (5th Cir. 2009) (holding that the inability to stay an order of release during the review of such an order would make the ability to review a release "illusory").

WHEREFORE, the United States prays that this Court grant the Government's Motion to Stay this Court's release order pending the expedited setting of an appeal to the district court.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

___/s/____________________
By: Patricia McLane
Assistant United States Attorney
District of Maryland